# UNITED STATES DISTRICT COURT
### for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CHANDAN M. BHANGALE | ) | Case No. 26-mj-611 |
| (DOB: XX/XX/1997) | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 31, 2025 and Sept. 7, 2025___ in the county of ___Outagamie___ in the ___Eastern___ District of ___Wisconsin___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 875(c) | Interstate threat |
| Title 18, United States Code, Section 2251(a) | Attempted sexual exploitation of a child |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Megan Braun, Outagamie Co. Sheriff's Office Det.
*Printed name and title*

Sworn via telephone; transmitted via email pursuant to Fed. R. Crim. 4.1

Date: ___3/24/2026___

_____
*Judge's signature*

City and state: ___Green Bay, Wisconsin___

Hon. Tiffany Woelfel, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST WARRANT

Outagamie County Detective Sergeant Megan Braun, being first duly sworn, states that:

### Background

1.    I am currently employed as a Detective Sergeant with the Outagamie County Sheriff's Office. I have been employed as a law enforcement officer in the state of Wisconsin for 8 years. As part of my current duties, I investigate violations of state and federal law, including violations of Title 18, United States Code, Section 2252(a). I have received training and have experience investigating cases involving child sexual exploitation and online cyber stalking.

### Basis for Information in Affidavit

2.    The information contained in this affidavit is based upon my personal knowledge and investigation, and information supplied to me by other law enforcement officers, all of whom I believe to be truthful and reliable. Based on my investigation and the information supplied to me by other law enforcement personnel, I have probable cause to believe the following regarding **CHANDAN M. BHANGALE (DOB: XX/XX/1997).**

### Facts Establishing Probable Cause

3.    Chandan M. BHANGALE is a graduate student studying computer science at Colorado State University in Fort Collins, Colorado. He is originally from Pune, Maharashtra, India, and is legally present in the United States via a student visa.

4.    The investigation, as detailed below, revealed that BHANGALE targeted minors through social media and online messaging platforms, seeking to groom and extort them. BHANGALE operated by gaining the underage victims' trust, compiling personal information about them, convincing them to send child sexual abuse material ("CSAM"), then using blackmail to coerce them to comply with his demands. His demands included self-mutilation, production of

1

additional explicit conduct, and compliance with his arbitrary code of conduct. BHANGALE convinced the underage victims that if they did not comply with his demands, there would be serious consequences, ranging from public disclosure of their explicit videos to death or serious bodily harm to the victims, their family members, and others.

5.     This investigation began on September 23, 2025, when investigators with the Outagamie County Sheriff's Office in Appleton, Wisconsin, were made aware that a 16-year-old female high school student (hereinafter referred to as Minor Victim 1, or "MV-1") was being harassed online.

6.     MV-1 stated that beginning in the summer of 2023, she began communicating with someone on Skribbl IO, which is an online application-based drawing and guessing game. Soon thereafter, the communication moved to Discord,[1] and MV-1 continued talking with a person who identified herself as "Lilly." "Lilly" introduced MV-1 to other individuals who identified themselves as "Ronny," "Emma," "Dylan," and "Eli" in 2024.

7.     As described in more detail below, the evidence suggests that BHANGALE was in control of the "Lilly," "Ronny," "Emma," "Dylan," and "Eli" accounts. He operated numerous online pseudonyms and social media accounts to fabricate a network of purported individuals, creating a false impression that the victim was interacting with multiple actors instead of a single offender.

8.     In addition to Discord, MV-1 stated that she communicated with "Ronny" and his

---

[1] Discord is an internet-based communications platform that allows users to communicate in real time through text messages, voice calls, and video chats. Discord operates through "servers," which are user-created spaces that can be public or private and are organized into channels dedicated to specific topics or conversations. Users create accounts with unique usernames and may communicate one-on-one through direct messages or in groups within servers. Discord is accessible via mobile devices, desktop computers, and web browsers.

2

Case 1:26-cr-10074-SEALED   Filed 03/24/26   Page 3 of 9   Document 1

associates via Snapchat,[2] Google Meet,[3] and Instagram.[4]

9. MV-1 explained that "Ronny" convinced her to record herself masturbating and exposing her breasts. "Ronny" later sent those videos back to MV-1 and threatened to make them public. He also demanded additional sexually explicit photographs and videos. MV-1 estimated that she sent these photographs and videos to "Ronny" at least three times per week. MV-1 also stated that "Ronny" demanded that she insert a toothbrush into her vagina, which she estimated she did approximately twenty times.

10. "Ronny" also demanded that MV-1 cut herself and engage in other forms of self-harm. Investigators observed cuts and scars on MV-1's wrists and thighs. MV-1 stated that she used blades and kitchen scissors to harm herself. "Ronny" also demanded that MV-1 cut her hair.

11. MV-1 was under the impression that other people, such as "Lilly," "Emma," and "Dylan," worked for "Ronny." MV-1 was required to be in constant contact with "Ronny," and she was told that if she did not comply with his demands, he would rape, kill, and hurt her, her friends, and her family members. "Ronny" also threatened to kill MV-1's 8-year-old sister.

12. Investigators spoke with one of MV-1's male friends, who will be referred to as MV-2, who stated that he was also contacted by "Ronny." MV-2 stated that "Ronny" and some of his associates would frequently message him, demanding that he get MV-1 online. "Ronny" also demanded that MV-2 take a photograph of MV-1's house. MV-2 stated that he complied out of fear.

---

[2] Snapchat is a mobile-based multimedia messaging application that allows users to send and receive photos, videos, text messages, and other digital content. Communications on Snapchat may occur through one-on-one chats, group messages, or through features such as "Stories," which allow users to broadcast content to selected contacts. Snapchat is designed so that certain messages and images automatically delete after being viewed or after a set period.
[3] Google Meet is an internet-based video conferencing and communications services provided by Google that allows users to conduct real-time video and audio meetings and text-based chats.
[4] Instagram is an internet-based social media platform that allows users to create accounts and share content, including photographs, videos, and messages, with other users.

3

Case Case 1:26-1-10674-ESEALED Filed 03/24/08/24/26 ge Page 4 of 9 Document 1 Document 1

13. An underage female friend of MV-1, who will be referred to as MV-3, also communicated with members of "Ronny's" group. MV-1 confided to MV-3 that she was communicating with "Ronny," "Emma," and others. MV-3 stated that she began communicating with "Eli" on Instagram at the request of MV-1. MV-3 stated that she wanted to help get her friend out of the situation. The communications between MV-3 and "Eli" occurred between August and September 2025. MV-3 stated that "Eli" demanded naked videos and photographs of her, which she sent out of fear that MV-1 or others would be hurt. Specifically, MV-3 stated that "Eli" demanded that she show him her vagina. MV-3 was 16 years old when these communications occurred.

14. Your Affiant served an administrative subpoena on the Google address associated with the Google Meet chats between MV-1 and "Ronny." Google responded and identified the subscriber as "Chandan Madhukar Bhangale" with the email address of "bhangalechandan11@gmail.com." The IP activity showed that the subscriber accessed Google in Fort Collins, Colorado, and Pune, India, among other places.

15. Your Affiant also served an administrative subpoena on the Google address associated with the Google Meet chats between MV-1 and "Emma." The listed IMEI[5] was identical to the IMEI associated with the "Ronny" account, and both accounts showed IP logins in India and Fort Collins, Colorado. Several IP logins showed a location on Colorado State University's network.

16. Your Affiant also learned that MV-1 communicated with "Ronny" via traditional text messaging. Investigators submitted a subpoena to the communications provider, T-Mobile, and determined that the accountholder was "Chandan Madhukar Bhangale" from Fort Collins, CO.

---

[5] An International Mobile Equipment Identity (IMEI) is a unique numerical identifier assigned to a mobile device by the manufacturer. The IMEI is typically a 15-digit number that is used by cellular networks to identify a specific physical device.

17. BHANGALE became the obvious suspect. Investigators learned that BHANGALE was a current student at Colorado State University with a possible address of 501 W Prospect Road, Fort Collins, CO. Investigators also learned that BHANGALE recently took an international flight from India to Colorado in August 2025. These locations are consistent with the IP addresses used by the suspect's accounts.

18. Investigators extracted data from MV-1's cellular phone and found several items of interest, including the following:

 a. <u>Video File (partial file name …bb72)</u>: This video was last modified on September 21, 2025. The video depicts MV-1 naked from the waist down, exposing her superficial cuts to both upper thighs. MV-1's vaginal area is visible.

  i. During an interview, MV-1 admitted that this video was sent to "Ronny."

 b. <u>Video File (partial file name …9496)</u>: This video depicts a garbage can containing a large amount of hair.

  i. This video is consistent with MV-1's claim that "Ronny" forced her to cut off her hair.

 c. <u>Screen Recording of Snapchat Conversations</u>: This screen recording shows various messages between MV-1 and "Cassie," an associate of "Ronny," in September 2025. In one message, "Cassie" provided rules for MV-1 to follow, which include the following: "u follow all given rules," "u need to be home back by sharp 10:30 p.m.," "u can't ignore my calls at all, if I call u, u need to talk with me," and "snaps and updates every 30 necessary no exception to this." Other messages included threats to expose MV-1's naked photographs. In a message on September 22, 2025, "Cassie" stated, "1 pm is ur deadline. If u don't by 1 pm Tod calls ur mom. Sending ur nudes." "Cassie" also stated, "I M GOING TO GIVE UR DAD POISON, I HAVE A LOT OF PPL AT HIS WORKPLACE WHO CAN DO IT EASILY." Another message stated, "Tmrw night 6 shows with Voice narration and vibrator all 10 minutes each I'll stay up as late as I have to fulfill this."

19. Investigators served a warrant on Snapchat and located the following relevant messages from "Cassie" to MV-1:

 a. "U WERE ON PHONE WHEN I DIDN'T EVEN MSG U, SO TELL ME BITCH Y WERE U ON PHONE EARLIER?"

5

b. "Bitch if u fucking meet him or he comes to u, I'm offing Tod."

c. "Y TF WERE U ON PHONE AGAIN 3 MINS AGO BITCH??????"

d. "And follow the rules of no snapping and msging eli or the gc or any other guy without asking me."

e. "I'M HARMING THEM"

f. "I'm going to tell boss to fuck ur life"

g. "I WILL KILL TOD IF U DON'T TALK TO ME"

h. "KILLING 5 CHILDREN SINCE U SWITCHED OFF UR PHONE, NOT DOING SNAPS, NOT TALKING TO US AT ALL. NOW NEXT 20 CHILDREN AND TOD AND RONNY BOTH OF THEM WILL BE KILLED WITH UR NAME FROM THEM IF U DON'T RESPOND IN LUNCH"

20. "Cassie" also sent MV-1 a message, threatening to kill MV-1's 8-year-old sister:

a. **INTERSTATE THREATS TO INJURE – 18 U.S.C. § 875(c)**

- "FROM THIS MOMENT 31ST JULY 10:37 PM ONWARDS U CANT SEND SNAPS OR MSGS WITH MY APPROVAL ON ANY OF THE GROUP OR ANY GUY IN BAND CAMP IF U DO WE OFF [REDACTED – MV-1'S UNDERAGE SISTER'S NAME] AND JEFF AND STEVE GF AND SEND THE PROOFS TO SCHOOL AND MOM AND PPL TO UR HOUSE"

21. Investigators also served a warrant on BHANGALE's Google Account. The account contained numerous photographs of BHANGALE and a photograph of a boarding pass for "Bhangale, Chandan Madkukar" from a flight from an airport in Mumbai, India. His Google account also contained photographs of the Colorado State University Campus.

22. BHANGALE's Google account also tied him to harassing conversations with MV-1, including screenshots of MV-1's locations, a screenshot of calls made to MV-1, and photographs of MV-1.

23. On BHANGALE's Google account, investigators also located screen recordings depicting MV-3. One screen recording depicted MV-3, which forms the basis of the attempted sexual exploitation count in this Criminal Complaint, which is just one of many attempts by BHANGALE to blackmail victims into sending explicit videos.

a. **SEXUAL EXPLOITATION OF A CHILD – 18 U.S.C. § 2251(a)**

i. In this screen recording, located in BHANGALE's Google account, MV-3 is observed self-recording a video that clearly depicts her vaginal area. MV-3 confirmed that this video depicted her and that "Eli" pressured her to send it. The individual who created the screen recording exited the video depicting MV-3 and opened an email application, where an email from a Colorado State University email address was observed. The email began with, "Hi, Chandan." This screen recording showed the time of 9:50 p.m. on September 7, 2025. The screen recording also showed that the recorder's cellular service provider was T-Mobile.

24. Your Affiant also located a photograph on BHANGALE's Google account that depicted a handwritten letter identifying MV-1 and her parents. This image was identical to an image sent by "Cassie" to MV-1.

25. MV-1 and MV-3 were under the age of 18 years and located in the Eastern District of Wisconsin when they received and sent the content described above.

26. The Colorado State University Police Department (CSU PD) recently confirmed that BHANGALE was still a student at CSU, still residing on campus as of March 2026.

## CONCLUSION

27. Based upon the foregoing information, I know there is probable cause to believe the following regarding **CHANDAN M. BHANGALE:**

a. On or about July 31, 2025, in the Eastern District of Wisconsin and elsewhere, CHANDAN M. BHANGALE transmitted in interstate or foreign commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

b. On or about September 7, 2025, in the Eastern District of Wisconsin and elsewhere, CHANDAN M. BHANGALE knowingly attempted to persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct in violation of Title 18, United States Code, Section 2251(a).

7

28. Because this affidavit is offered for the limited purpose of supporting the criminal complaint and arrest warrant for **CHANDAN M. BHANGALE**, I have not set forth every fact known to me regarding this incident. Rather, I have included only those facts which I believe establish probable cause.

Case 1:26-cr-10074-SEC ALED Filed 03/24/26 Page 9 of 9 Document 1